# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JAVI N. ROSS, | : |
| Petitioner, | : |
| v. | : Case No. 5:19-cv-00307-MTT-MSH |
| STATE OF GEORGIA, | : |
| Respondent. | : |

## ORDER

Petitioner Javi N. Ross filed a document the Court construes as a *pro se* petition for writ of habeas corpus challenging his conviction in the Superior Court of Houston County, Georgia without prepayment of the Court's filing fee. Pet. for Writ of Habeas Corpus, ECF No. 1. Petitioner did not submit his petition using the Court's standard habeas corpus form and did not submit an application to proceed without prepayment of the fee. Accordingly, the Court ordered Petitioner to recast his petition on the Court's standard form and to either pay the Court's filing fee or submit an application to proceed *in forma pauperis*. Order, ECF No. 3. Petitioner was afforded twenty-one days in which to comply with that order and was warned that failure to fully and timely comply may result in dismissal of this petition. *Id.*, ECF No. 3 at 2. The deadline passed with no response from Petitioner.

As a result, the Magistrate Judge directed Petitioner to show cause why this action should not be dismissed due to Petitioner's failure to follow the Court's directives. Order

to Show Cause, ECF No. 4. The Magistrate Judge again afforded Petitioner twenty-one days to respond and cautioned Petitioner that failure to comply with the Court's directives would result in dismissal of his complaint. *Id*. at 2.

As of the date of this order, the deadline for Petitioner to show cause has passed without response from Petitioner. Because Petitioner has failed to comply with previous orders and to prosecute his case, the Court now **DISMISSES** this petition **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 11th day of October, 2019.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT